**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| KENDRICK DESHAWN GOSS, | : | CIVIL ACTION NO. |
| Hall Cnty. ID # 111114, | : | 2:14-CV-00187-WCO-JCF |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| HALL CNTY. COM'R OFFICE, | : | PRISONER CIVIL ACTION |
| HALL CNTY. SHERIFF, | : | 42 U.S.C. § 1983 |
| SGT. KENNY LANE, | : | |
| JAILER TYNER, | : | |
| JAILER SAUTER, | : | |
| Hall Cnty. Det. Ctr., | : | |
|     Defendants. | : | |

## **ORDER**

Plaintiff, an inmate at the Hall County Detention Center in Gainesville, Georgia, seeks to initiate this civil rights action (Doc. 1) without prepayment of the $350.00 filing fee and $50.00 administrative fee (Doc. 2). Plaintiff is **GRANTED** leave to proceed *in forma pauperis*. Because there are insufficient funds in Plaintiff's inmate account to pay an initial partial filing fee (*see id.* at 3-4), no initial fee is required.

Title 28 U.S.C. § 1915(b)(2) obligates this Court to collect from Plaintiff the full statutory filing fee of $350.00 as funds are deposited into Plaintiff's inmate account; the $50.00 administrative fee is waived for *pro se* plaintiffs. Plaintiff's custodian will deduct money from Plaintiff's account in monthly or other incremental installments

in the amount of 20% of the preceding month's income credited to the account, in each month in which the account balance exceeds $10.00, until the $350.00 fee is paid in full.  The Warden of Plaintiff's place of incarceration or the Warden's designee **SHALL COLLECT** the monthly payments from Plaintiff's inmate account **AND REMIT** them to the Clerk of the United States District Court for the Northern District of Georgia until the $350.00 filing fee is paid in full, as verified by separate notice from the Clerk to the Warden.  The Clerk **SHALL TRANSMIT** a copy of this Order to the Warden.  **Plaintiff will be required to pay the fee even if unsuccessful in this suit, but may avoid paying the fee by filing a notice voluntarily dismissing this action.**

Plaintiff is **WARNED** that the failure to inform the Court of each change of address while this civil action is pending may result in its dismissal, as provided in the Local Rules of this Court.  Service of process shall not issue until further consideration of Plaintiff's complaint for frivolity.

**SO ORDERED** this 19th day of August, 2014.

/s/ *J. CLAY FULLER*
J. CLAY FULLER
United States Magistrate Judge

2